ELLEN D. PAYNE and HULBERT PAYNE, Respondents, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Judgment affirmed, with costs, upon the authority of *Miller* v. *Eagle Savings & Loan Co.* (174 App. Div. 581). Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES B. HALLOCK, Appellant, v. WILLIAM RAKE, as President, and Others, as Trustees, etc., of the Village of Harriman, Orange County, N. Y., Respondents.— Order denying writ of mandamus affirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

FREDERICK REITZ, Respondent, v. CARRIE MARX, Appellant.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the evidence did not establish that defendant was negligent in having the floor of the rear of her shop cleaned during the winter months by being swept out and covered with sawdust, at frequent intervals, inasmuch as that appears to be the method usually employed in such places; and that if, in this instance, such cleaning was imperfectly done, that fact was due partly to plaintiff's own negligence, as it was the custom of the shop for him, with other employees, to do such work. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concurred; Thomas, J., voted to reverse upon the ground that the evidence preponderatingly shows that plaintiff was injured by the falling of the meat which he was hanging up at the time.

AGNES D. SMITH, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

HANS SOGN and FRANCISCA SOGN, Appellants, v. EAGLE SAVINGS AND LOAN COMPANY, Respondent.— Judgment affirmed, with costs. Our decision in *Miller* v. *Eagle Savings & Loan Co.* (174 App. Div. 581) was not by us intended to overrule our former decision in *Eagle Savings & Loan Co.* v. *Beakey* (163 App. Div. 860), and should not be so regarded. While, doubtless, the evidence for plaintiffs was stronger in the *Miller* case than was that for the defendant in the other, the *Beakey* case, yet we think that the evidence even in the former was such that the decision of the trial justice either way upon the facts would have here to be affirmed, and we consider that to be the situation in the instant case upon this record. Thomas, Stapleton, Mills, Rich and Putnam, JJ., concurred.